[Civil No. 870.]

GEO. H. SHUERMAN et al., Appellants, v. the TERRI-
TORY OF ARIZONA, upon relation of E. S. Clark, as
District Attorney of Yavapai County, in said Territory,
Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai. Richard E. Sloan,
Judge. Affirmed.

E. E. Ellinwood, and Herndon & Norris, for Appellants.

E. S. Clark, for Appellee.

May 12, 1906.

THE COURT.—Upon the question of the affirmance or
reversal by this court of the judgment of the district court
in this action, the members of this court qualified to partici-
pate in the determination of the appeal are equally divided
in opinion, and the judgment of the district court must there-
fore stand affirmed. As any opinion as to the merits of the
case would be but the expression of the views of a minority
of the court, none will be given.

---

[Civil No. 922.]

EUGENE S. IVES, and ANNA W. IVES, Appellants, v.
JOHN W. DORRINGTON, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Yuma. John H. Camp-
bell, Judge.

M. A. Smith, and W. E. Parker, for Appellants.

Peter T. Robertson, and Thos. Armstrong, Jr., for Appellees.

May 12, 1906. Dismissed as per stipulation.